## UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| In re: | ) | Case No. 17-11592 |
| | ) | |
| RENT-A-WRECK OF AMERICA, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered: |
| | ) | Re: Dckt. No. 1 |
| | ) | |
| | ) | **Hearing date: October 18, 2017, at 2:00 p.m.** |
| | ) | **Objection Due: October 11, 2017, at 4:00 p.m.** |

### MOTION TO DISMISS ABOVE-CAPTIONED BANKRUPTCY ACTION, OR ALTERNATIVELY, TO TRANSFER VENUE

Pursuant to 11 U.S.C. § 1112(b), 11 U.S.C. § 305(a), and the Local Rules of this Court, Creditors David S. Schwartz and Rent A Wreck, Inc. (collectively, "Schwartz"), by and through their undersigned counsel, hereby move this Court for an order dismissing, with prejudice, Debtors Rent-A-Wreck of America, Inc.'s and Bundy American, LLC's (collectively, "Debtors" and/or "RAWA") above-captioned bankruptcy petitions. To the extent this Court grants the instant dismissal request, Schwartz respectfully requests leave to file a motion for his attorneys' fees, under Federal Rule of Bankruptcy Procedure 9011, in response to Debtors' bad faith filings. In the alternative that this Court denies the instant dismissal request, Schwartz moves this Court, pursuant to 28 U.S.C. § 1412, for an order transferring Debtors' bankruptcy action and any future adversary, ancillary, and/or related matters to the United States Bankruptcy Court for the District of Maryland, Southern Division (located in Greenbelt, Maryland). The accompanying Memorandum of points and authorities more fully details Schwartz's instant Motion to Dismiss, or to Transfer, and is incorporated by reference herein.

1

| | |
|---|---|
| Dated: September 25, 2017 | /s/ Scott T. Earle |

Scott T. Earle, Esq. (DE Bar No. 4541)
Cohen Seglias Pallas Greenhall & Furman PC
1007 North Orange Street
Nemours Building, Suite 1130
Wilmington, Delaware 19801
302-425-5089 (office)
302-691-1452 (fax)
searle@cohenseglias.com
*Co-counsel for Creditors/Plaintiffs*
*David S. Schwartz & Rent A Wreck, Inc.*

-and-

/s/ Roger C. Simmons
Roger C. Simmons, Esq. (pending *pro hac vice*)
Jacob I. Weddle, Esq. (pending *pro hac vice*)
Charles E. Remus II, Esq. (pending *pro hac vice*)
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, Maryland 21702
301-662-9122 (office)
301-698-0392 (fax)
dwise@gordonsimmons.com
*Counsel for Creditors/Plaintiffs*
*David S. Schwartz & Rent A Wreck, Inc.*