# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CHEROKEE SIMEON VENTURE I, LLC | | |
| **Case Number:** | 12-12913-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 09, 2013 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS HEARING; VARIOUS MOTIONS (cont'd from 3/11/13, 4/8/13)

**R / M #:**   170 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
   Notice of Exhibits to be submitted; No more than 5 page Letter Memorandum on Joint Privilege to be submitted by next Friday and the next one is due in 10 days; Briefs will be submitted as closing statements;

#1 -
#2 -
#3 -
#4 -
#5 -
#6 -
#7 -
#8 - Judge Gross will issue an order vacating the 4/23/13 Bar Date