IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CHEROKEE SIMEON VENTURE I, LLC | : | |
| | : | Case No. 12-12913 (KG) |
| Debtor. | : | |
| | : | |

**JOINT NOTICE OF FINAL EXHIBIT LIST OF
CHEROKEE SIMEON VENTURE I, LLC AND ZENECA INC.
FOR HEARING ON MOTIONS TO DISMISS**

Per the Court's direction at the conclusion of the April 9, 2013 hearing, Cherokee Simeon Venture I, LLC ("CSV") and Zeneca Inc., ("Zeneca"), by and through their respective undersigned counsel, hereby file this Joint Notice of Final Exhibit List for the Hearing on the Motions to Dismiss.

**I.     FINAL EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| CSV/Zeneca Exhibit 1 | Declaration of Brian A. Spiller with exhibits |
| CSV/Zeneca Exhibit 2 | Letter from Michael McMullen of EnviroFinance Group, LLC to Bret Batchelder of Cherokee Simeon Venture I, LLC; re: Default of Loan No. 07-001 (Dated March 11, 2010) |
| CSV/Zeneca Exhibit 3 | Letter from Craig Carbrey of EnviroFinance Group, LLC to Bret Batchelder of Cherokee Simeon Venture I, LLC; re: Follow up of March 11, 2010 letter regarding Default of Loan No. 07-001 (Dated September 10, 2010) |
| CSV/Zeneca Exhibit 4 | Letter from Edward Elanjian of CERF SPV I, LLC to Brian Spiller of Zeneca, Inc.; re: Loan & Security Agreement between Cherokee Simeon Venture I, LLC and EnviroFinance Group, LLC (Dated June 27, 2011) |
| CSV/Zeneca Exhibit 6 | Letter from Jeffrey M. Koewler of Downey Brand LLP to John D. Edgcomb of Edgcomb Law Group; re: Loan & Security Agreement between Cherokee |

ME1 15453280v.3

| | |
|---|---|
| | Simeon Venture I, LLC and EnviroFinance Group, LLC (Dated July 12, 2011) |
| CSV/Zeneca Exhibit 7 | Letter from John D. Edgcomb of Edgcomb Law Group to Jeffrey M. Koewler of Downey Brand LLP; re: Cherokee Simeon Venture I, LLC, Campus Bay Site, Richmond, CA (Dated July 20, 2011) |
| CSV/Zeneca Exhibit 8 | Letter from Andrew L. Derickson of CERF SPV I, LLC to Cherokee Simeon Venture I, LLC c/o Zeneca, Inc. Manager & Cherokee Investment Partners III, L.P.; re: Loan & Security Agreement between Cherokee Simeon Venture I, LLC and EnviroFinance Group, LLC (Dated November 3, 2011) |
| CSV/Zeneca Exhibit 9 | Letter from Larisa A. Meisenheimer of Shartsis Friese LLP to Dena M. Cruz of Bryan Cave, LLP.; re: CERF SPV I, LLC v. Cherokee Simeon Venture I, LLC *et al* (Dated September 10, 2012) |
| CSV/Zeneca Exhibit 10 | E-Mail from Dena M. Cruz of Bryan Cave, LLP to Larisa A. Meisenheimer of Shartsis Friese LLP; re: CERF SPV I, LLC v. Cherokee Simeon Venture I, LLC *et al* – Payoff Quote (Dated September 19, 2012) |
| CSV/Zeneca Exhibit 11 | E-Mail from Dena M. Cruz of Bryan Cave, LLP to Larisa A. Meisenheimer of Shartsis Friese LLP; re: CERF SPV I, LLC v. Cherokee Simeon Venture I, LLC *et al* – Payoff Quote (Dated September 24, 2012) |
| CSV/Zeneca Exhibit 12 | E-Mail from Larisa A. Meisenheimer of Shartsis Friese LLP to Dena M. Cruz of Bryan Cave, LLP.; re: CERF SPV I, LLC v. Cherokee Simeon Venture I, LLC *et al* – Payoff Breakdown (Dated October 2, 2012) |
| CSV/Zeneca Exhibit 13 | E-Mail from Larisa A. Meisenheimer of Shartsis Friese LLP to Dena M. Cruz of Bryan Cave, LLP.; re: CERF SPV I, LLC v. Cherokee Simeon Venture I, LLC *et al* – Campus Bay Loan Servicing Spreadsheet (Dated October 8, 2012) |
| CSV/Zeneca Exhibit 14 | Letter from William Marsh of Edgcomb Law Group to Jeffrey M. Koewler of Downey Brand; re: Response to October 16, 2012 letter, Campus Bay Site, Richmond, CA (Dated October 17, 2012) |
| CSV/Zeneca Exhibit 19 | Letter from Eric Sutty of Elliot Greenleaf to Bret Batchelder of Cherokee Simeon Holding Company, LLC re: Demand for Additional Capital Contribution from Cherokee Simeon Holding Company, LLC to Cherokee Simeon Venture I, LLC (Dated January 8, 2013) |

| | |
|---|---|
| CSV/Zeneca Exhibit 21 | Letter from Eric Sutty of Elliot Greenleaf to Bret Batchelder of Cherokee Simeon Holding Company, LLC re: Demand for Additional Capital Contribution from Cherokee Simeon Holding Company, LLC to Cherokee Simeon Venture I, LLC (Dated February 27, 2013) |
| CSV/Zeneca Exhibit 22 | Guaranty Litigation Settlement Documents (Dated as of June 8, 2012) |
| CSV/Zeneca Exhibit 23 | Guaranty related to Purchase and Sale Agreement by and between Zeneca Inc., as seller, and ICI Americas Inc. and CIP III Acquisition, LLC as buyer (Dated as of December 19, 2002) |
| CSV/Zeneca Exhibit 24 | Purchase and Sale Agreement by and between Zeneca Inc., as seller, and ICI Americas Inc. and CIP III Acquisition, LLC as buyer (Dated as of December 15, 2002) |
| CSV/Zeneca Exhibit 25 | Operating Agreement of Cherokee Simeon Venture I, LLC (Dated December 2002) |
| CSV/Zeneca Exhibit 26 | First Amendment to Operating Agreement of Cherokee Simeon Venture I, LLC (Dated June 1, 2004) |
| CSV/Zeneca Exhibit 27 | Payment Modification Agreement between Zeneca Inc., Cherokee Simeon Venture I, LLC and Cherokee Simeon Holding Company LLC and Second Amended Operating Agreement of Cherokee Simeon Venture I, LLC (Dated January 1, 2007) |
| CSV/Zeneca Exhibit 28 | Third Amendment to Operating Agreement of Cherokee Simeon Venture I, LLC (Dated June, 2007) |
| CSV/Zeneca Exhibit 29 | Fourth Amendment to Operating Agreement of Cherokee Simeon Venture I, LLC (Dated April 29, 2011) |
| CSV/Zeneca Exhibit 31 | Guaranty of Cherokee Investment Partners III, L.P. & Cherokee Investment Partners III Parallel Fund, L.P. in favor of Continental Environmental Redevelopment Financial, LLC (dated September 6, 2007) |
| CSV/Zeneca Exhibit 32 | Letter from Craig Carbrey of Continental Environmental Redevelopment Financial, LLC to Dwight Stenseth of Cherokee Simeon Venture I, LLC; re: Loan and Security Agreement between Cherokee Simeon Venture I, LLC as Borrower and Continental Environmental Redevelopment Financial, LLC as Lender (Dated June 4, 2007) |

ME1 15453280v.3

| | |
|---|---|
| CSV/Zeneca Exhibit 33 | Loan and Security Agreement between Cherokee Simeon Venture I, LLC as Borrower and Continental Environmental Redevelopment Financial, LLC as Lender (Dated September 6, 2007) |
| CSV/Zeneca Exhibit 35 | Rick Management Plan; Lots 1 and 2 of Subunit 1(Dated: February 27, 2004) [inadvertently omitted from original Exhibit Binder at Spiller Affidavit Exhibit 3] |
| CSV/Zeneca Exhibit 36 | Rick Management Plan; Lot 3 of Subunit 1(Dated: December 12, 2003) [inadvertently omitted from original Exhibit Binder at Spiller Affidavit Exhibit 4] |
| CSV/Zeneca Exhibit 37 | Equity Certificate (Dated: September 6, 2007) |
| CSV/Zeneca Exhibit 38 | Cherokee Simeon Venture I, LLC UCC Financing Statement (Dated: September 11, 2007) |
| CSV/Zeneca Exhibit 39 | Letter from William Carson of LFR (an ARCADIS Company) to Doug Mosteller; re: Proposal to Prepare a Revised Feasibility Study and Remedial Action Plan (Dated: January 15, 2009) |
| CSV/Zeneca Exhibit 40 | Campus Bay Meeting (Draft) Notes (Dated: November 30, 2009) |
| CSV/Zeneca Exhibit 41 | Letter from Michele Kriegman King of Erler & Kalinowski, Inc. to Doug Mosteller; re: Task Order Request No. 17 for Revisions of Feasibility Study and Remedial Action Plan (Dated: January 15, 2010) |
| CSV/Zeneca Exhibit 42 | Cherokee Simeon Venture I, LLC's Planning Application Form (Dated: April 12, 2011) [Replaces Spiller Affidavit Exhibit 21] |
| CSV/Zeneca Exhibit 43 | Letter from Jeffrey M. Koewler of Downey Brand LLP to April Kight of Schell Bray Aycock Abel & Livingston PLLC and Bill Marsh of Edgcomb Law Group (Dated: May 6, 2011) |
| CSV/Zeneca Exhibit 46 | E-mail from John Edgcomb to Bret Batchelder, April Kight (cc: Brian Spiller, Bill Marsh and Joe Zeldin); re: Request for CSV/EFG-CERF communications (Dated: July 1, 2011) |
| CSV/Zeneca Exhibit 50 | E-mail from Bill Marsh to April Knight (cc: John Edgcomb, Bret Batchelder and Brian Spiller); re: Request for CSV/EFG-CERF communications (Dated: September 27, 2011) |

| | |
|---|---|
| CSV/Zeneca Exhibit 53 | Letter from Stuart L. Miner of EnviroFinance Group to Barbara Cook of California Department of Toxic Substances Control; re: Conceptual Development Plan – Campus Bay Property (Dated: April 8, 2012) |
| EFG Exhibit 5 | Operating Agreement of Cherokee Simeon Venture I, LLC (including the First through the Fourth Amendments thereto) |

CSV and Zeneca reserve all rights to object to exhibits offered by any other party and/or to use any and all exhibits identified by any other party. CSV and Zeneca reserve all rights to supplement this list based on exhibits offered by any other party. CSV and Zeneca specifically reserve all rights to object and/or supplement relating to EFG-Campus Bay, LLC Exhibits 10, 11, 12A and 12B (and any related materials attached to Exhibit 21, including without limitation Exhibits 12 and 13 thereto), as discussed on the record during the Hearing.

Dated:  April 16, 2013
        Wilmington, Delaware

**ELLIOTT GREENLEAF**

*/s/ Eric Michael Sutty*
Eric Michael Sutty  (DE # 4007)
1105 Market Street, Suite 1700
Wilmington, DE 19801
Phone: (302) 384-9400
Fax: (302) 384-9399
E-mail:  ems@elliottgreenleaf.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

-And-

**McCARTER & ENGLISH, LLP**

/s/ *Katharine L. Mayer*
Katharine L. Mayer (DE #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
Telephone:  (302) 984-6300
Facsimile:  (302) 984-6399
kmayer@mccarter.com

*Counsel for Zeneca Inc.*

ME1 15453280v.3